UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRED F. NORMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU INVESTIGATION,<br><br>    Defendant. | Case No.  22-cv-07648-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Chhabria for consideration of whether the case is related to *Norman v. Federal Bureau of Investigation*, 22-2627-VC.

**IT IS SO ORDERED.**

Dated: December 9, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge