UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARRED F. NORMAN,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,

    Defendants.

No. C 22-07648 WHA

**ORDER DENYING MOTION FOR INJUNCTION**

On January 19, 2023, this action was dismissed without prejudice (Dkt. No. 15). On January 23, 2023, plaintiff filed an "Ex Parte Motion for an Injunction and Fraud upon the United States District Court" (Dkt. No. 17). Because this action was already dismissed, and plaintiff's motion states no new law or facts justifying reconsideration, plaintiff's motion is **DENIED**. *See In re Agric. Rsch. & Tech. Grp., Inc.*, 916 F.2d 528, 542 (9th Cir. 1990).

This order reiterates that plaintiff may appeal the dismissal of the action to the Court of Appeals for the Ninth Circuit within sixty days of the entry of judgment.

**IT IS SO ORDERED.**

Dated: January 27, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE